IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JARED EMILLE FULLER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| SHERIFF ADAM KING, | ) |
| | ) |
| Respondent. | )   Civil Action No. 3:20-CV-1247-C-BN |

**ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising that the Court dismiss the pending habeas action without prejudice to Petitioner's right to pursue available state court remedies and deny his motion to appoint counsel.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Petitioner's habeas petition is hereby **DISMISSED** without prejudice. All relief not expressly granted is **DENIED**.

SO ORDERED this 8th day of June, 2020.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Petitioner has failed to file objections to the Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.